

LM

Magistrate Judge Gabriel A. Fuentes
DIRECT/Cat. 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DANA BRIGGS ) <br> ) <br> ) | Case No. 25 CR 610 <br><br> Violations: Title 18, United States Code, Section 111(a)(1) <br><br> **INFORMATION** |

The UNITED STATES ATTORNEY charges:

On or about September 27, 2025, at Broadview, in the Northern District of Illinois, Eastern Division,

DANA BRIGGS,

defendant herein, forcibly resisted, opposed, impeded, and interfered with a person designated in Title 18, United States Code, Section 1114, namely, Agent 1, who was a Border Patrol Agent employed at United States Customs and Border Protection, an agency within the United States Department of Homeland Security, while she was engaged in the performance of her official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

_____
UNITED STATES ATTORNEY