**FILED** 10/7/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

LM

Magistrate Judge Gabriel A. Fuentes
DIRECT/Cat. 3

**MISDEMEANOR**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Dana Briggs | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter?  **Yes, Case No. 25 CR 610**
**Case Title: United States v. Dana Briggs**

Is this an indictment or information that supersedes one or more previously filed indictments or informations?  **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois?  **No**

Does this indictment or information charge 15 defendants or more?  **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder?  **No**

What is the most severe level of offense/penalty in this indictment or information?
**Other Federal Statutes (III)**

Does the indictment or information charge a felony offense?  **No**

List of Statutes:  **Title 18, United States Code, Section 111(a)(1)**

Assistant United States Attorney(s):  **Timothy J. Chapman**

Contact Person and Phone Number:  **(312) 353-1925**