

**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Timothy J. Chapman*<br>*Assistant United States Attorney* | *Dirksen Federal Courthouse*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Direct Line: (312) 353-1925*<br>*E-mail: timothy.chapman@usdoj.gov* |

October 10, 2025

Honorable Gabriel A. Fuentes
United States Magistrate Judge
Chambers 1334
219 South Dearborn Street
Chicago, Illinois 60604

Magistrate Judge Fuentes:

Per the Court's order of earlier today, enclosed please find copies of the following video recordings:

- Copies of three YouTube videos relied upon by the Affiant of the Criminal Complaint in *United States v. Briggs*, 25 CR 610 (N.D. Ill.). The primary video relied upon has the designation "Video3" in the title, and the incident involving Mr. Briggs begins around the 00:18 mark. Also included is a copy of the BWC footage referenced in Paragraph 11 of the Criminal Complaint Affidavit (the incident with Mr. Briggs begins around the 11:15 mark).

- A copy of the one video (BWC footage) relied upon by the Affiant of the Criminal Complaint in *United States v. Mazur*, 25 CR 607 (N.D. Ill.).

Very truly yours,

ANDREW S. BOUTROS
United States Attorney

By: _____
Timothy J. Chapman
Assistant United States Attorney

cc: Akane Tsuruta, FDP
Attorney for Defendant Briggs
(w/o videos)