## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **United States of America** ) | |
| Plaintiff(s), ) | |
| ) | Case No: 1:25-cr-610 |
| v. ) | Magistrate Judge Gabriel A. Fuentes |
| ) | |
| **Dana Briggs** ) | |
| Defendant(s), ) | |

### ORDER

    Arraignment held on 10/10/25. Defense acknowledges receipt of the Information and waives formal reading. Defendant enters a plea of not guilty to the Information. Defendant waives right to trial before a District Judge and consented on the record to trial, judgment, and sentencing before a U.S. Magistrate Judge. The schedule for certain preliminary proceedings is as follows: Rule 16.1(a) conference to be conducted by 10/17/25. Status hearing set for 9 a.m. on 10/27/25 in Courtroom 1342 at the Dirksen U.S. Courthouse, 219 S. Dearborn St., Chicago IL 60604. Jury trial is set for 9:30 a.m. on 12/8/25 in that courtroom or another Dirksen courtroom to be determined. The Court's order setting trial is being entered at the earliest practicable time, per 18 U.S.C. § 3161(a). In this matter in which defendant's plea of not guilty to the Information has been entered, defendant on 10/10/25 appeared before a judicial officer (the magistrate judge) in the court in which the Information is pending, meaning that absent any court-ordered exclusion of time per the Speedy Trial Act, the Court understands that the Act requires that trial must commence within 70 days from 10/10/25, per 18 U.S.C. § 3161(c)(1). If any party has a different understanding, such party must notify the Court immediately. The government on 10/10/25 confirmed on the record that it was not moving for an exclusion of time under the Act, so no time was excluded. The Court initially deferred setting a schedule for pretrial matters, but upon setting of the jury trial for 12/8/25, the Court will address the issue of pre-trial scheduling by separate order.

(00:05)

Date: 10/10/2025

/s/ *[signature]*
Gabriel A. Fuentes
United States Magistrate Judge