UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DANA BRIGGS

No. 25 CR 610

Judge Gabriel A. Fuentes

**GOVERNMENT'S PRELIMINARY EXHIBIT LIST**

The UNITED STATES OF AMERICA, through its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, hereby submits the following preliminary list of exhibits:

| No. | Date | Description | Relevance | Objection |
|---|---|---|---|---|
| 1 | Undated | Aerial Photograph of Area Surrounding ICE Broadview Facility | Depicts the area relevant to where the alleged offense occurred and immediately surrounding area. | |
| 2 | Undated | Aerial Photograph of Area Surrounding ICE Broadview Facility | Same as Exhibit 1 | |
| 3 | 9/27/25 | Photograph (Street Level) of the Area Depicting the Front Security Gate at the ICE Broadview Facility | Same as Exhibit 1 | |

| No. | Date | Description | Relevance | Objection |
|---|---|---|---|---|
| 4 | 9/27/25 | Body-Worn Camera Footage worn by Border Patrol Agent Ransom | Probative of defendant's location prior to and during the alleged offense conduct, as well as defendant's intent to interfere with officers. | |
| 5 | 9/27/25 | Third-Party Video-Recording of Defendant's Interaction with Border Patrol Agents | Probative of defendant's location prior to and during the alleged offense conduct, as well as to defendant's intent to interfere with officers. | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |

Respectfully submitted.

ANDREW S. BOUTROS
United States Attorney

By: */s/ Timothy J. Chapman*
TIMOTHY J. CHAPMAN

Assistant United States Attorney
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604