**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00610
Honorable Gabriel A. Fuentes

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 20, 2025:

MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on government's motion to dismiss (doc. #[39]) the information (doc. #[9]) under Fed. R. Crim. P. 48(a). Per United States v. Palomares, 119 F.3d 556, 558 (7th Cir. 1997), the Court inquired into the government's reasons for moving to dismiss. The government stated that after a careful review of the matter since early November 2025, the government concluded that dismissal is a fair result. Defendant did not object to the dismissal motion. The Court granted the motion. The Court noted for the record that its basis for granting the motion included review of a portion of the body−worn camera video "BWC Video") that the Court had allowed the government to shield from disclosure to third parties under the protective order (doc. #s [28], [32]). Specifically, the relevant portion of the BWC Video (this portion of the video was taken in public areas at the Broadview site and not behind its fencing), is at 11:15 through 12:48 of the BWC Video. By this order, the protective order (doc. #[28]) is modified, without objection by the government, to permit third−party disclosure of that portion (and that portion only) of the BWC Video, as that portion was a part of what underpinned the judicial decision on the dismissal motion and thus should be open to public inspection. Baxter Int'l, Inc. v. Abbott Labs., 297 F.3d 544, 545−46 (7th Cir. 2002). In addition, all pre−trial dates and deadlines, as well as the 12/8/25 trial date, are vacated. The Order Setting Conditions of Release dated 9/29/25 ("Release Order"; doc. #[6]), and the $10,000 unsecured appearance bond (doc. #[7]), are vacated with the dismissal of the information. The government further confirmed on the record that Mr. Briggs was arrested on 9/27/25, held in detention that night, the following day 9/28/25, and until the early afternoon of 9/29/25, before entry of the release order. The initial complaint filed on 9/29/25 alleged a felony 18 U.S.C. § 111 offense but was dismissed on 10/14/25 (doc. #[14]) on the government's oral motion after the 10/7/25 filing of the information charging a Section 111 misdemeanor. In sum, the information is DISMISSED. The government did not specify in the motion (doc. #[39]) or the hearing whether the dismissal should be with or without prejudice. Today, the dismissal is without prejudice, with the issue of a dismissal with prejudice remaining under advisement. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.